UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY F., | ) | CIVIL ACTION NO. 4:22-CV-1851 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MARTIN O'MALLEY, | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) This case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(2) Final judgment will be entered in Plaintiff's favor.

(3) The Clerk of Court is directed to CLOSE this case.

Date: October 28, 2024                    BY THE COURT

                                          *s/William I. Arbuckle*
                                          William I. Arbuckle
                                          U.S. Magistrate Judge